**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Case #2:24-cv-01674-JAD-MDC

Kevin Raspperry

        Plaintiff(s),

  vs.

United Services Automobile Association et al.

        Defendant(s).

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

**[ECF No. 19]**

_____Joshua N. Kastan_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

DKM Law Group, LLP
(firm name)

with offices at _____50 California Street, Suite 1500_____,
(street address)

_____San Francisco_____, _____California_____, __94111__,
(city)        (state)        (zip code)

_____(415) 226-7400_____, _____JNK@dkmlawgroup.com_____.
(area code + telephone number)        (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

Defendants USAA and USAA GIC _____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.     That since _____December 3, 2012_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California | 12/03/2012 | 284767 |
| Washington | 07/07/2016 | 50899 |
| Oregon | 01/03/2019 | 190053 |
| New Mexico | 02/09/2024 | 162364 |
| District of Columbia | 09/07/2013 | 1015505 |
| U.S. Court of Appeals, Ninth Circuit | 12/08/2014 | N/A |
| **SEE ATTACHMENT** | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

State of California; State of Washington; State of Oregon; State of New Mexico; and District of Columbia.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1        That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                   Petitioner's signature

    STATE OF _____California_____ )

5    COUNTY OF _____Yolo_____ )

6

7          _____Joshua N. Kastan_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                                     Petitioner's signature

10   Subscribed and sworn to before me this

11                                               *See attached*

                                                *CA Jurat*

12   _____day of_____, _____.

13

14   _____

             Notary Public or Clerk of Court

15

16                **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
             **THE BAR OF THIS COURT AND CONSENT THERETO.**

17       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate _____Mary E. Bacon_____,

19                                                               (name of local counsel)

    Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action.  The address and email address of

21   said designated Nevada counsel is:

22

23   _____300 South Fourth Street, Suite 950_____,
                                          (street address)

24   _____Las Vegas_____, _____Nevada_____, _89101_,

25               (city)                              (state)             (zip code)

26   _____(702) 408-3400_____, _____mbacon@spencerfane.com_____.
    (area code + telephone number)        (Email address)

27

28                                           4                                 Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Mary E. Bacon _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Claudia Brown, Associate General Counsel for Defendants
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12686                              mbacon@spencerfane.com
Bar number                         Email address

APPROVED:

Dated. this __30th__ day of __September__, 20__24__ .

_____
UNITED STATES DISTRICT JUDGE

5                                      Rev 5/16