BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
CAITLIN J. LORELLI, ESQ.
Nevada Bar No. 14571
**BROCK K. OHLSON PLLC**
6060 Elton Avenue, Suite A.
Las Vegas, NV 89107
(702) 982-0055 Phone
(702) 982-0150 Fax
EFILE@INJURED.VEGAS
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN PHILLIP RASPPERRY, individually,<br><br>Plaintiff,<br>Vs.<br><br>USAA GENERAL INDEMNITY COMPANY; DOES 1 through X, and ROE CORPORATIONS I through X; inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-01674-MDC<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE AND SERVE PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE COUNTERCLAIM AGAINST PLAINTIFF KEVIN RASPPERRY, JOIN RITA RASPPERRY AS A THIRD-PARTY DEFENDANT, AND FILE A THIRD- PARTY COMPLAINT AGAINST RITA RASPPERRY** |

IT IS HEREBY STIPULATED by and between Plaintiff, KEVIN PHILLIP RASPPERRY, by and through his attorneys of record, Brock K. Ohlson, Esq., Justin A. Corne, Esq. and Caitlin J. Lorelli, Esq. of the law firm BROCK K. OHLSON PLLC, and Defendant USAA GENERAL INDEMNITY COMPANY, by and through their attorneys of record, Mary E. Bacon, Esq. of the law firm SPENCER FANE LLP. and Joshua N. Kastan, Esq. (*pro hac vice*) of the law firm DKM Law Group, LLP, (foregoing parties are collectively referred to hereinbelwo as "Parties") hereby submit their Stipulation and Order to Extend the Deadline to File and Serve Plaintiff's Response to Defendant's Motion For Leave To File Counterclaim Against Plaintiff Kevin Raspperry, Join Rita Raspperry As A Third-Party Defendant, And File A Third- Party Complaint Against Rita

Raspperry [ECF No. 35] filed on January 13, 2025, pursuant to LR IA 6-1. This is the first stipulation for an extension of the deadline to respond to Defendant's Motion For Leave To File Counterclaim Against Plaintiff Kevin Raspperry, Join Rita Raspperry As A Third-Party Defendant, And File A Third- Party Complaint Against Rita Raspperry.

The Parties aver that good cause exists to extend the existing deadline for Plaintiff's response by 14 days from the date of January 27, 2025. Plaintiff's counsel was preparing for a two week trial scheduled to begin on January 27, 2025, that settled on late on January 21, 2025. In addition to preparing for the January 27, 2025 trial, Plaintiff's counsel traveled to Pioche, Nevada for a deposition on January 14, 2025, that could not be rescheduled. Plaintiff's counsel currently has backlog on his cases, including but not limited to: oppositions, replies, written discovery responses, rescheduled depositions and rescheduling of depositions. Given the amendments and additional party Defendant's motion seeks to add, Plaintiff needs additional time to file and serve his response.

Thus, the Parties have agreed to extend the respective response deadline fourteen (14) days as set forth below:

///
///
///
///

- Plaintiff's deadline to file and serve response:
  - Existing deadline: Monday, Janaury 27, 2025
  - **Agreed upon extend deadline: February 10, 2025**

Submitted this **24th** day of January 2025.  
**BROCK K. OHLSON PLLC**

_____  
JUSTIN A. CORNE, ESQ.  
Nevada Bar No. 14504  
6060 Elton Avenue, Suite A  
Las Vegas, Nevada 89107  
*Attorneys for Plaintiff*

Submitted this **24th** day of January 2025.  
**SPENCER FANE LLP**

*/s/ Mary E. Bacon /s/*  
MARY E. BACON, ESQ.  
Nevada Bar No. 12686  
300 S. Fourth Street, Suite 1600  
Las Vegas, NV 89101  
Attorneys for Defendants

**IT IS SO ORDERED**

_____  
UNITED STATES MAGISTRATE JUDGE  
Date: 1-27-25