Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: mbacon@spencerfane.com
       jchong@spencerfane.com

*Attorneys for USAA General Indemnity Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN PHILLIPS RASPPERRY,<br><br>Plaintiff,<br><br>vs.<br><br>USAA GENERAL INDEMNITY COMPANY; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-01674-JAD-MDC<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND DEADLINE FOR USAA GENERAL INDEMNITY COMPANY TO:**<br><br>**(1) FILE A REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE COUNTERCLAIM AGAINST PLAINTIFF KEVIN RASPPERRY, AND JOIN RITA RASPERRY AS A THIRD-PARTY DEFENDANT, AND FILE A THIRD-PARTY COMPLAINT AGAINST RITA RASPPERRY**<br><br>**AND**<br><br>**(2) FILE AN OPPOSITION TO PLAINTIFF'S COUNTERMOTION FOR LEAVE TO AMEND COMPLAINT TO JOIN ROBIN MATTILA, RYAN MILLIKEN, RANALLI ZANIEL FOWLER & MORAN, LLC, GEORGE RANALLI, JASON FOWLER, AND ERIN PLUNKETT AND TO REMAND TO STATE COURT**<br><br>**(FIRST REQUEST)** |

On January 13, 2025, Defendant filed its Motion for Leave to File Counterclaim

against Plaintiff Kevin Raspperry, John Rita Raspperry as a Third-Party Defendant, and File a Third-Party Complaint against Rita Raspperry, and on February 10, 2025, Plaintiff filed his Opposition and a Countermotion for Leave to Amend Complaint to Join Robin Mattila, Ryan Milliken, Ranalli Zaniel Fowler & Moran, LLC, George Ranalli, Jason Flower, and Erin Plunkett and to Remand to State Court.

The parties stipulate to extend the deadlines for Defendant to file is reply in support of its motion for leave to file counterclaim (currently due February 17, 2024) and file its opposition to Plaintiff's countermotions for leave to amend and to remand to state court (currently due February 24, 2025) to February 28, 2025. This is the parties' first request for an extension. The requested extension is not for the purposes of delay. The requested extension is both a professional courtesy to defense counsel Mary Bacon and Joshua Kastan, both of whom were in trial the last week of January, and due to the complexity and breadth of the briefing.

**IT IS SO STIPULATED.**

| **PRICE & BECKSTROM** | **SPENCER FANE LLP** |
|---|---|
| */s/ David Churchill*<br>Daniel R. Price, Esq.<br>Nevada Bar No. 13564<br>Christopher Beckstrom, Esq.<br>Nevada Bar No. 14031<br>1404 S. Jones Blvd.<br>Las Vegas, Nevada 89146<br><br>David J. Churchill, Esq.<br>Nevada Bar No. 7308<br>Jolen J. Manke, Esq.<br>INJURY LAWYERS OF NEVADA<br>4001 Meadows Lane<br>Las Vegas, NV 89107<br>*Attorneys for Plaintiff* | */s/ Mary E. Bacon*<br>Mary E. Bacon, Esq.<br>Nevada Bar No. 12686<br>Jessica E. Chong, Esq.<br>Nevada Bar No. 13845<br>300 South Fourth Street, Suite 1600<br>Las Vegas, Nevada 89101<br>*Attorneys for USAA General Indemnity Company* |

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge
2-21-25

- 2 -

DE 9747407.1