Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: mbacon@spencerfane.com
       jchong@spencerfane.com

*Attorneys for USAA General Indemnity Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN PHILLIPS RASPPERRY, | Case No.: 2:24-cv-01674-JAD-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR USAA GENERAL INDEMNITY COMPANY TO:** |
| USAA GENERAL INDEMNITY COMPANY; DOES I through X, and ROE CORPORATIONS I through X, inclusive, | **FILE AN OPPOSITION TO PLAINTIFF'S COUNTERMOTION FOR LEAVE TO AMEND COMPLAINT TO JOIN ROBIN MATTILA, RYAN MILLIKEN, RANALLI ZANIEL FOWLER & MORAN, LLC, GEORGE RANALLI, JASON FOWLER, AND ERIN PLUNKETT AND TO REMAND TO STATE COURT** |
| Defendants. | |
| | **(SECOND REQUEST)** |

On January 13, 2025, Defendant USAA General Indemnity Company filed a Motion for Leave to File Counterclaim against Plaintiff Kevin Raspperry. In response, on February 10, 2025, Plaintiff filed his Opposition and a Countermotion for Leave to Amend Complaint to Join Robin Mattila, Ryan Milliken, Ranalli Zaniel Fowler & Moran, LLC, George Ranalli, Jason Flower, and Erin Plunkett and to Remand to State Court ("First Motion for Leave to Amend"). Eight days later, on February 18, 2025, Plaintiff filed a Motion for Leave to Amend to Join United Services Automobile Association, to

1  Amend Factual Allegations and Causes of Action, and to Remand to State Court ("Second
2  Motion for Leave to Amend").

3      The Opposition to the First Leave to Amend, ECF 41, is currently due on February
4  28, 2025. The Opposition to the Second Motion for Leave to Amend, ECF 43, is currently
5  due March 4, 2025. The parties stipulate to extend the deadline for Defendant to file an
6  omnibus opposition to Plaintiff's First Motion for Leave to Amend and Second Motion
7  for Leave to Amend to March 4, 2025. This is the parties' second request for an extension
8  the First Motion for Leave to Amend. The requested extension is not for the purposes of
9  delay, but is intended to streamline the issues, and briefing given the overlap between the
10 issues in the First Motion for Leave to Amend and the Second Motion for Leave to
11 Amend.

**IT IS SO STIPULATED.**

| PRICE & BECKSTROM | SPENCER FANE LLP |
|---|---|
| */s/ David J. Churchill* | */s/ Mary E. Bacon* |
| Daniel R. Price, Esq.<br>Nevada Bar No. 13564<br>Christopher Beckstrom, Esq.<br>Nevada Bar No. 14031<br>1404 S. Jones Blvd.<br>Las Vegas, Nevada 89146 | Mary E. Bacon, Esq.<br>Nevada Bar No. 12686<br>Jessica E. Chong, Esq.<br>Nevada Bar No. 13845<br>300 South Fourth Street, Suite 1600<br>Las Vegas, Nevada 89101<br>*Attorneys for USAA General Indemnity Company* |
| David J. Churchill, Esq.<br>Nevada Bar No. 7308<br>Jolen J. Manke, Esq.<br>INJURY LAWYERS OF NEVADA<br>4001 Meadows Lane<br>Las Vegas, NV 89107<br>*Attorneys for Plaintiff* | |

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge
2-27-25