David J. Churchill (NV Bar No. 7308)
Jolene J. Manke (NV Bar No. 7436)
INJURY LAWYERS OF NEVADA
4001 Meadows Lane
Las Vegas, NV 89107
Phone: (702) 868-8888
Fax: (702) 868-8889
david@injurylawyersnv.com
jolene@injurylawyersnv.com

Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 941-0503
Fax: (702) 832-4026
daniel@pbnv.law
chris@pbnv.law
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN PHILLIP RASPPERRY;<br><br>Plaintiff,<br><br>v.<br><br>USAA GENERAL INDEMNITY COMPANY; DOES I through X, and ROE CORPORATIONS I through X; inclusive,<br><br>Defendants. | Case No.: 2:24-cv-01674-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY BRIEFS IN SUPPORT OF PLAINTIFF'S COUNTERMOTION FOR LEAVE TO AMEND [ECF No. 41] AND MOTION FOR LEAVE TO AMEND [ECF No. 43]** |

USAA General Indemnity Company ("USAA GIC") filed a motion for leave to amend to bring counterclaims against Plaintiff Kevin Raspperry and third-party claims against Rita Raspperry on January 13, 2025. ECF No. 35. Plaintiff, on February 10, 2025, filed an opposition and countermotion seeking leave to amend to bring claims against Robin Mattila, Ryan Milliken, Ranalli Zaniel Fowler & Moran, LLC, George Ranalli, Jason Fowler, and Erin Plunkett and to remand the matter to state court. ECF No. 41. Plaintiff then filed a motion seeking leave to amend to join United

— 1 —

States Automobile Association, to amend factual allegations and causes of action, and to remand to state court, which was filed on February 18, 2025. ECF No. 43.

On March 5, 2025, USAA GIC filed an omnibus opposition to Plaintiff's countermotion and to Plaintiffs motion, each mentioned above. Plaintiff's reply briefs in support of the countermotion and the motion are currently due on March 11, 2025, and the parties stipulate to extend the time for Plaintiff to file these briefs by one week to March 18, 2025. This extension is sought so that Plaintiff may adequately brief the issues for the Court, which between the two motions are extensive, and not for any delay.

**IT IS SO STIPULATED.**

| **PRICE & BECKSTROM** | **DKM LAW GROUP, LLP** |
|---|---|
| __/s/ Daniel Price_____ | _/s/ Joshua N. Kastan_____ |
| Daniel R. Price, Esq. | Joshua N. Kastan, Esq. (*Pro Hac Vice*) |
| Christopher Beckstrom, Esq. | DKM LAW GROUP, LLP |
| PRICE & BECKSTROM | 50 California Street, Ste. 1500 |
| 1404 S. Jones Blvd. | San Francisco, CA 94111 |
| Las Vegas, Nevada 89146 | *Also represented by:* |
| David J. Churchill, Esq. | Mary E. Bacon, Esq. |
| Jolene J. Manke Esq. | SPENCER FANE LLP |
| INJURY LAWYERS OF NEVADA | 300 S. Fourth Street, Ste. 160 |
| 4001 Meadows Lane | Las Vegas, NV 89101 |
| Las Vegas, NV 89107 | *Counsel for Defendant* |

**ORDER**

IT IS SO ORDERED

_____
United States Magistrate Judge
3-10-25