# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kevin Phillip Raspperry, <br><br> Plaintiff <br><br> v. <br><br> USAA General Indemnity Company; Ranalli Zaniel Fowler & Moran, LLC; George Ranalli; Jason Fowler; Erin Plunkett; Does and Roes, <br><br> Defendants | Case No.: 2:24-cv-01674-JAD-MDC <br><br> **Remand Order** |

    Kevin Phillip Raspperry filed this bad-faith insurance action in Nevada State Court, alleging that various errors and misconduct by his automobile-insurance carrier left him undefended in a wrongful-death lawsuit after his DUI-related car crash, resulting in a multi-million-dollar judgment against him. The insurer removed the case to federal court based on diversity jurisdiction.[1] When the insurer began to place the blame for the failure to provide Raspperry a defense under the policy on the lawyers that the insurer hired to provide services related to the accident, Raspperry successfully moved to amend his complaint to add his own claims against them, too.[2] Because those lawyers are citizens of Nevada and destroy diversity, depriving this court of jurisdiction over this case, and for the reasons I explained at the July 7, 2025, hearing on the motion to amend, IT IS ORDERED that the Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 14, Case No. A-24-898522-C,** and CLOSE THIS CASE.

---

[1] ECF No. 1.

[2] ECF No. 62.

Because this court denied as moot all other pending motions after granting the motion to amend to add the claims against the lawyers, this case returns to state court with no motions currently pending. The second amended complaint[3] is the operative complaint.

Dated: July 11, 2025

_____
U.S. District Judge Jennifer A. Dorsey

---

[3] ECF No. 63.